IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VIRTUAL INFINITY, INC., a
Nevada Corporation,

      Plaintiff,

Vs.                                            CASE NO.: 3:10-cv-1006-J-34TEM

TEREX UTILITIES, INC., a Oregon
Corporation; RING POWER CORPORATION,
a Florida Corporation; ALTEC INDUSTRIES,
INC., a Alabama Corporation; DAVIDSON
GENERAL PARTNER, INC., a Florida
Corporation d/b/a Mike Davidson Ford; and JEA,
a Corporation and quasi-governmental agency of
the City of Jacksonville;

      Defendants.
_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that the Plaintiff, by and through the undersigned authority, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), files this Voluntary Notice of Dismissal without Prejudice of the Defendant, DAVIDSON GENERAL PARTNER, INC.

PLEASE GOVERN YOURSELF ACCORDINGLY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished, by the cm/ecf mailing system, to Gerald W. Weedon, Esquire, Post Office Box 447, Jacksonville., Florida 32201, Donald W. St. Denis, Esquire, 1300 Riverplace Boulevard, Suite 101, Jacksonville, Florida 32207, Thomas R. Ray, Esquire, One Independent Drive, Suite 2301, Jacksonville, Florida 32202, Cindy A. Laquidara, Esquire, City Hall, St. James Building, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, and Michael L. Duncan, Esquire, Everbank Plaza, 501

Riverside Avenue., 7th Floor, Jacksonville, Florida  32202 this 11th day of February, 2011.

                                                      GRIGALTCHIK & ROWE, P.A.

                                                     /s DAVID GRIGALTCHIK_____
ADAM ROWE, ESQUIRE
Fla. Bar No. 19324
DAVID GRIGALTCHIK, ESQUIRE
Fla Bar. No. 59739
12627 San Jose Blvd. Suite 206
Jacksonville, Fl  32223
(904)738-8398
(904)738-8413 fax