**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VIRTUAL INFINITY, INC.,
a Nevada corporation,

                Plaintiff,

v.                              Case No. 3:10-cv-1006-J-34TEM

TEREX UTILITIES, INC., an Oregon
corporation; RING POWER
CORPORATION, a Florida corporation;
ALTEC INDUSTRIES, INC., an Alabama
corporation; DAVIDSON GENERAL
PARTNER, INC., a Florida corporation
d/b/a Mike Davidson Ford; and JEA, a
corporation and quasi-governmental
agency of the City of Jacksonville;

                Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (Dkt. No. 46; Notice) filed on February 11, 2011.  In the Notice, Plaintiff seeks dismissal, without prejudice, of the claims raised against Defendant Davidson General Partner, Inc. See Notice at 1.  Upon review of the docket, the Court notes that this Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. The claims raised against Defendant Davidson General Partner, Inc. are **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate this Defendant from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of February, 2011.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record