IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VIRTUAL INFINITY, INC., a )
Nevada corporation, )
 )
        Plaintiff, )
 ) Case No.: 3:10-cv-01006-MMH-TEM
vs. )
 )
TEREX UTILITIES, INC., an Oregon )
corporation; RING POWER )
CORPORATION, a Florida corporation; )
ALTEC INDUSTRIES, INC., an Alabama )
corporation; DAVIDSON GENERAL )
PARTNER, INC., a Florida corporation )
D/B/A Mike Davidson Ford; and JEA, a )
corporation and quasi-governmental )
Agency of the City of Jacksonville, )
 )
        Defendants. )
_____ )

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff, Virtual Infinity, Inc., and Defendant, Terex Utilities, Inc. ("Terex"), that the above entitled action, including all claims and defenses, is hereby dismissed *with prejudice*, with Plaintiff's counsel, Affinity Law Firm, to pay the sum of $1,000 in good and available funds to Defendant and with Plaintiff to execute a general release and indemnity agreement in favor of Terex, upon which time the parties will file, pursuant to the Court's Order dated September 14, 2011, a notice to the court of resolution of Defendant, Terex Utilities, Inc.'s Motion for Rule 11 Sanctions.

Dated: October 20, 2011

/s/ Timothy W. Volpe
Timothy W. Volpe
Florida Bar No. 358185
Caroline M. Prieto
Florida Bar No. 70339
Volpe, Bajalia, Wickes,
Rogerson & Wachs
501 Riverside Avenue, 7th Floor
Jacksonville, Florida 32202
Telephone (904) 355-1700
Facsimile (904) 355-1797
tvolpe@vbwr.com
cprieto@vbwr.com

Attorneys for Defendant,
  Terex Utilities, Inc.

/s/ Adam Rowe
Adam Rowe
Florida Bar No. 19324
Jacksonville, Florida 32207
Telephone (904) 398-9541
Facsimile (904) 398-9512
arowe@affinitylawfirm.com

Attorneys for Plaintiff,
  Virtual Infinity, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notification of the same to Adam Rowe, Esquire, Affinity Law Firm, 3947 Boulevard Center Drive, Suite 101, Jacksonville, Florida 32207; Cindy A. Laquidara, Esquire, David J. D'Agata, Esquire and Twane L. Duckworth, Esquire, Office of General Counsel, 117 W. Duval Street, Suite 480, Jacksonville, Florida 32202; Donald W. St. Denis, Esquire and Benjamin C. Moore, Esquire, St. Denis & Davey, P.A., 1300 Riverplace Boulevard, Suite 101, Jacksonville, FL 32207; Thomas R. Ray, Esquire and Bethany R. Reichard, Esquire, Holbrook, Akel, Cold, Stiefel & Ray, P.A., One Independent Dr., Suite 2301, Jacksonville, Florida 32202; and Gerald W. Weedon, Esquire, Marks Gray, P.A., Post Office Box 447, Jacksonville, Florida 32201.

/s/ Timothy W. Volpe
Timothy W. Volpe
Florida Bar No. 358185
Caroline M. Prieto
Florida Bar No. 70339
Volpe, Bajalia, Wickes,
  Rogerson & Wachs
501 Riverside Avenue, 7th Floor
Jacksonville, Florida 32202
Telephone 904-355-1700
Facsimile 904-355-1797
Email: tvolpe@vbwr.com
Email: cprieto@vbwr.com

Attorneys for Defendant,
  Terex Utilities, Inc.

3555.00100/132