**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VIRTUAL INFINITY, INC.,
a Nevada corporation,

      Plaintiff,

v.                                        Case No. 3:10-cv-1006-J-34TEM

TEREX UTILITIES, INC., an Oregon
corporation; RING POWER
CORPORATION, a Florida corporation;
ALTEC INDUSTRIES, INC., an
Alabama corporation; and JEA, a
corporation and quasi-governmental
agency of the City of Jacksonville,

      Defendants.
_____/

**O R D E R**

     This matter is before the Court on the Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 72; Stipulation) filed on November 14, 2011.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  On September 14, 2011, the Court dismissed Plaintiff's federal claims and remanded the state law claims set forth in Plaintiff's Amended Complaint to the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.  See Order (Dkt. No. 70).  As such, no claims by Plaintiff are currently before this Court.  The sole matter pending before this Court is Defendant Terex Utilities, Inc.'s Motion for Rule 11 Sanctions and Incorporated Memorandum of Law (Dkt. No. 36).  Based upon the parties Stipulation, it is hereby **ORDERED**:

1. Plaintiff's counsel, Affinity Law Firm, shall pay the sum of $1,000.00 in good and available funds to Defendant and Plaintiff shall execute a general release and indemnity agreement in favor of Terex Utilities, Inc.

2. The Clerk of the Court is directed to terminate the pending motion.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of November, 2011.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record